UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Cheikh Sidy Mohamed Tambadou
and Oury Cisse,
            Plaintiffs,

- against -

Greyhound Lines, Inc. and
Laidlaw International, Inc.,
            Defendants.

07 cv 9299

MOTION TO ADMIT COUNSEL
PRO HAC VICE

PURSUANT TO rule 1.3(c) of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York, I, John J. Vecchione, Esq., a member in good standing of the bar of this Court, hereby move for an Order allowing pro hac vice of

    David K. Lietz, Esq.
    The Lietz Law Firm, PLLC
    888 16th Street NW
    Suite 800
    Washington, District of Columbia 20006
    Phone: (202) 349-9869
    Facsimile: (202) 349-9867.

David Lietz is a member in good standing of the Bar of the District of Columbia.

Attached is a current certificate of good standing for David Lietz.

There are no pending disciplinary proceedings against David Lietz in any State or Federal Courts.

Dated:        October 30, 2007
City, State:   Fairfax, Virginia

                            Respectfully Submitted,

                            John J. Vecchione, Esq. (JJV-3889)
                            Valad and Vecchione, PLLC
                            3863 Plaza Drive
                            Fairfax, Virginia 22030
                            Phone: (703) 352-4800
                            Facsimile: (703) 352-4820

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Cheikh Sidy Mohamed Tambadou
and Oury Cisse,
                Plaintiffs,

      - against -

Greyhound Lines, Inc. and
Laidlaw International, Inc.,
                Defendants.

07 cv 9299

AFFIDAVIT OF
JOHN J. VECCHIONE
IN SUPPORT OF MOTION
TO ADMIT COUNSEL
PRO HAC VICE

State of New York    )  ss:
County of New York  )

John J. Vecchione, Esq., being duly sworn, hereby deposes and says as follows:

1. I am named partner at Valad & Vecchione, PLLC, counsel for Plaintiff in the above captioned action. I am familiar with the proceedings in this case. I make this statement based on my personal knowledge of the facts set forth herein and in support of Plaintiff's motion to admit David K. Lietz, Esq., as counsel pro hac vice to represent Plaintiff in this matter.
2. I am a member in good standing of the bar of the State of New York, and was admitted to practice law September 25, 1990. I am also admitted to the bar of the United States District Court for the Southern District of New York, and am in good standing with this Court.
3. I have known David Lietz since the fall of 1989.
4. Mr. Lietz is named partner at The Lietz Law Firm, in Washington, D.C.
5. I have found Mr. Lietz to be a skilled attorney and a person of integrity. He is experienced in Federal practice and is familiar with the Federal Rules of Procedure.
6. Accordingly, it is my pleasure to move the admission of David Lietz, pro hac vice.
7. I respectfully submit a proposed order that the motion to admit David Lietz, pro hac vice, which is attached as Exhibit A.

WHEREFORE it is respectfully requested that the motion to admit David Lietz, pro hac vice, to represent Plaintiffs in the above captioned matter, be granted.

I certify under penalty of perjury that the foregoing is true and correct.
Executed on October 30, 2007, in Fairfax, Virginia.

                                        Respectfully submitted,

                                        John J. Vecchione, Esq.
                                        JJV-3889



## District of Columbia Court of Appeals
### Committee on Admissions
### 500 Indiana Avenue, N.W. — Room 4200
### Washington, D. C. 20001
### 202 / 879-2710

 

I, GARLAND PINKSTON, JR., Clerk of the District of Columbia Court of Appeals, do hereby certify that

DAVID K. LIETZ

was on the 5TH day of NOVEMBER, 1991, duly qualified and admitted as an attorney and counselor and entitled to practice before this Court and is, on the date indicated below, an active member in good standing of this Bar.

In Testimony Whereof, I have hereunto subscribed my name and affixed the seal of this Court at the City of Washington, D.C., on October 17, 2007.

GARLAND PINKSTON, JR., CLERK

By: _____
          Deputy Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Cheikh Sidy Mohamed Tambadou
and Oury Cisse,
           Plaintiffs,

- against -

Greyhound Lines, Inc. and
Laidlaw International, Inc.,
           Defendants.

**07 cv 9299**

**ORDER FOR ADMISSION
PRO HAC VICE
ON WRITTEN MOTION**

Upon the motion of John J. Vecchione, Esq., attorney for Plaintiffs Cheikh Sidy Mohamed Tambadou and Oury Cisse and said sponsor attorney's affidavit in support;

**IT IS HEREBY ORDERED** that

    David K. Lietz, Esq.
    The Lietz Law Firm, PLLC
    888 16th Street NW
    Suite 800
    Washington, District of Columbia 20006
    Phone: (202) 349-9869
    Facsimile: (202) 349-9867.

is admitted to practice pro hac vice as counsel for Plaintiffs Cheikh Sidy Mohamed Tambadou and Oury Cisse in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing ("ECF") system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the pro hac vice fee to the Clerk of Court.

Dated:
City, State:

                                              United States District/Magistrate Judge

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Cheikh Sidy Mohamed Tambadou
and Oury Cisse,
              Plaintiffs,

- against -

Greyhound Lines, Inc. and
Laidlaw International, Inc.,
              Defendants.

10/31/2007
SDNY

**07 cv 9299**

**AFFIRMATION OF SERVICE**

I, John J. Vecchione, Esq., declare under penalty of perjury that I have served a copy of the attached Motion to Admit Counsel Pro Hac Vice, Affidavit of John J. Vecchione in Support of Motion to Admit Counsel Pro Hac Vice, and sample Order for Admission Pro Hac Vice on Written Notice, upon Kevin B. Pollack, Esq., whose address is 570 Lexington Avenue, 4th Floor, New York, New York 10022, by FedEx overnight express.

Dated:      October 30, 2007
City, State:  Fairfax, Virginia

Respectfully Submitted,

John J. Vecchione, Esq. (JJV-3889)
Valad and Vecchione, PLLC
3863 Plaza Drive
Fairfax, Virginia 22030
Phone: (703) 352-4800
Facsimile: (703) 352-4820