UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Cheikh Sidy Mohamed Tambadou
and Oury Cisse,
                Plaintiffs,

- against -

Greyhound Lines, Inc. and
Laidlaw International, Inc.,
                Defendants.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/15/07

07 cv 9299

ORDER FOR ADMISSION
PRO HAC VICE
ON WRITTEN MOTION

Upon the motion of John J. Vecchione, Esq., attorney for Plaintiffs Cheikh Sidy Mohamed Tambadou and Oury Cisse and said sponsor attorney's affidavit in support;

**IT IS HEREBY ORDERED** that

    David K. Lietz, Esq.
    The Lietz Law Firm, PLLC
    888 16th Street NW
    Suite 800
    Washington, District of Columbia 20006
    Phone: (202) 349-9869
    Facsimile: (202) 349-9867.

is admitted to practice pro hac vice as counsel for Plaintiffs Cheikh Sidy Mohamed Tambadou and Oury Cisse in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing ("ECF") system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the pro hac vice fee to the Clerk of Court.

Dated: 11/14/07
City, State:

_____
United States District/Magistrate Judge