UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
CHEIKH SIDY MOHAMED TAMBADOU and OURY
CISSE, Individually and as Co-Liquidators of the Estate of
SOULEYMANE TAMBADOU, deceased, 12435 Av de
Saint-Castin Montreal, Quebec H3M 2L9 Canada,

Civil Action No.
1:07-CV-09299
(PKL)

                                                      Plaintiffs,

DISCLOSURE
STATEMENT PURSUANT
TO F.R.C.P. RULE 7.1

                         -v-

GREYHOUND LINES, INC. and LAIDLAW
INTERNATIONAL, INC.,

                                                    Defendants.
-----------------------------------------------------------------X

       **PLEASE TAKE NOTICE**, that the defendants, GREYHOUND LINES, INC. ("GLI") and LAIDLAW INTERNATIONAL, INC. ("LII"), by their attorneys, Fabiani Cohen & Hall, LLP, as and for their Disclosure Statement Pursuant to F.R.C.P. Rule 7.1 sets forth as follows:

       GLI is a Delaware corporation. Laidlaw Transportation Holdings, Inc. ("LTHI") owns 100% of the stock of GLI. Laidlaw Transportation, Inc. ("LTI") owns 100% of the stock of LTHI. LII owns 100% of the stock of LTI.

       LII is a Delaware corporation. FirstGroup US, a UK private unlimited company, owns LII. There is no publicly held corporation that owns 10% or more of LII's stock.

Dated:      New York, New York
               November 21, 2007

                                        Yours, etc.,

                                        **FABIANI COHEN & HALL, LLP**

                                        _____
                                        Kevin B. Pollak (KBP 6098)
                                        **Attorneys for Defendants**
                                        **GREYHOUND LINES, INC., and**
                                        **LAIDLAW INTERNATIONAL, INC.**
                                        570 Lexington Avenue, 4th Floor
                                        New York, New York 10022
                                        (212) 644-4420

TO:   VALAD and VECCHIONE PLLC
      Attorneys for Plaintiff
      3863 Plaza Drive
      Fairfax, VA 22030
      (703) 352-4800

      THE LIETZ LAW FIRM, PLLC
      Attorneys for Plaintiff
      888 16th Street North West
      Suite 800
      Washington, DC 20006
      (202) 349-9867

372690.1

CHEIKH SIDY MOHAMED TAMBADOU and OURY CISSE, Individually and as Co-Liquidators of the Estate of SOULEYMANE TAMBADOU, deceased, 12435 Av de Saint-Castin Montreal, Quebec H3M 2L9 Canada,
v. Greyhound Lines, Inc.,
1:07-CV-09299-LEK-DRH   -   Our File No. 818.34464

## CERTIFICATE OF SERVICE

This is to certify that a copy of the foregoing **DISCLOSURE STATEMENT PURSUANT TO F.R.C.P. RULE 7.1** was filed electronically via ECF this 26th day of November, 2007, to:

**VALAD and VECCHIONE PLLC**
**Attorneys for Plaintiff**
**3863 Plaza Drive**
**Fairfax, VA 22030**
**(703) 352-4800**

**THE LIETZ LAW FIRM, PLLC**
**Attorneys for Plaintiff**
**888 16th Street North West**
**Suite 800**
**Washington, DC 20006**
**(202) 349-9867**

_____
Kevin B. Pollak  (KBP 6098)

Sworn to before me this
26th day of November, 2007.

_____
NOTARY PUBLIC

APRIL D SMITH LITTLE
Notary Public, State of New York
No. 01SM6085371
Qualified in Bronx County
Commission Expires 6 / 01 / 20 11

372738.1

CHEIKH SIDY MOHAMED TAMBADOU and OURY CISSE, Individually and as Co-Liquidators of the Estate of SOULEYMANE TAMBADOU, deceased, 12435 Av de Saint-Castin Montreal, Quebec H3M 2L9 Canada,
v. Greyhound Lines, Inc.,
1:07-CV-09299-LEK-DRH   -  Our File No. 818.34464

## CERTIFICATE OF SERVICE

This is to certify that a copy of the foregoing **DISCLOSURE STATEMENT PURSUANT TO F.R.C.P. RULE 7.1** was served via first class mail, postage prepaid, this 21st day of November, 2007, to:

**VALAD and VECCHIONE PLLC**
**Attorneys for Plaintiff**
**3863 Plaza Drive**
**Fairfax, VA 22030**
**(703) 352-4800**

**THE LIETZ LAW FIRM, PLLC**
**Attorneys for Plaintiff**
**888 16th Street North West**
**Suite 800**
**Washington, DC 20006**
**(202) 349-9867**

Kevin B. Pollak  (KBP 6098)

Sworn to before me this
21st day of November, 2007.

NOTARY PUBLIC

APRIL D SMITH LITTLE
Notary Public, State of New York
No. 01SM6085371
Qualified in Bronx County
Commission Expires 6 / 01 / 20 11

372738.1

SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
CHEIKH SIDY MOHAMED TAMBADOU and OURY
CISSE, Individually and as Co-Liquidators of the Estate of
SOULEYMANE TAMBADOU, deceased, 12435 Av de
Saint-Castin Montreal, Quebec H3M 2L9 Canada,

Civil Action No.
1:07-CV-09299
(PKL)

Plaintiffs,

-v-

GREYHOUND LINES, INC. and LAIDLAW
INTERNATIONAL, INC.,

Defendants.
----------------------------------------X

## DISCLOSURE STATEMENT PURSUANT TO F.R.C.P. RULE 7.1

**FABIANI COHEN & HALL, LLP**
Attorneys for Defendants
GREYHOUND LINES, INC.
and LAIDLAW INTERNATIONAL, INC.
570 Lexington Avenue-4th Floor
New York, New York 10022
(212) 644-4420

To: Attorney(s) for:
Sir(s):

    PLEASE TAKE NOTICE that a                                                     of which the within is a
(true) (certified) copy

    [ ]NOTICE OF ENTRY *was duly entered in the within named court on*
2007

    [ ]NOTICE OF SETTLEMENT *will be presented for settlement to the Hon.*
*one of the judges of the within named court at the Courthouse at* on   ,   2007 at
o'clock

Dated:

Yours, etc.,
FABIANI COHEN & HALL, LLP
570 Lexington Avenue, 4th Floor
New York, New York 10022
(212) 644-4420

To:

Attorney(s) for: