# UNITED STATES DISTRICT COURT

Southern _____ District of      New York _____

---------------------------------------------------------------X
**CHEIKH SIDY MOHAMED TAMBADOU and
OURY CISSE, Individually and as Co-
Liquidators of the Estate of SOULEYMANE
TAMBADOU, deceased, 12435 Av de Saint-
Castin Montreal, Quebec H3M 2L9 Canada,**

**APPEARANCE**

Case Number: **1:07-CV-09299
(PKL)**

**Plaintiffs,**

-v-

**GREYHOUND LINES, INC. and LAIDLAW
INTERNATIONAL, INC.,**

**Defendants.**
---------------------------------------------------------------X

To the Clerk of this court and all parties of record:

   Enter my appearance as counsel in this case for **GREYHOUND LINES, INC. and
LAIDLAW INTERNATIONAL, INC.**

   I certify that I am admitted to practice in this court.

| | |
|---|---|
| November 21, 2007 | _[signature]_ |
| Date | Signature |
| | Kevin B. Pollak         KBP 6098 |
| | Print Name              Bar Number |
| | 570 Lexington Avenue, 4th Floor |
| | Address |
| | New York    New York    11236 |
| | City         State       Zip Code |
| | (212) 644-4420          (212) 207-8182 |
| | Phone Number            Fax Number |

372698.1

TO:     VALAD and VECCHIONE PLLC
Attorneys for Plaintiff
3863 Plaza Drive
Fairfax, VA 22030
(703) 352-4800

THE LIETZ LAW FIRM, PLLC
Attorneys for Plaintiff
888 16th Street North West
Suite 800
Washington, DC 20006
(202) 349-9867

372698.1

CHEIKH SIDY MOHAMED TAMBADOU and OURY CISSE, Individually and as Co-Liquidators of the Estate of SOULEYMANE TAMBADOU, deceased, 12435 Av de Saint-Castin Montreal, Quebec H3M 2L9 Canada,
v. Greyhound Lines, Inc.,
1:07-CV-09299-LEK-DRH   -  Our File No. 818.34464

## CERTIFICATE OF SERVICE

This is to certify that a copy of the foregoing **APPEARANCE** was filed electronically via ECF this 26th day of November, 2007, to:

**VALAD and VECCHIONE PLLC**
**Attorneys for Plaintiff**
**3863 Plaza Drive**
**Fairfax, VA 22030**
**(703) 352-4800**

**THE LIETZ LAW FIRM, PLLC**
**Attorneys for Plaintiff**
**888 16th Street North West**
**Suite 800**
**Washington, DC 20006**
**(202) 349-9867**

_____
Kevin B. Pollak  (KBP 6098)

Sworn to before me this
26th day of November, 2007.

_____
NOTARY PUBLIC

APRIL D SMITH LITTLE
Notary Public, State of New York
No. 01SM6085371
Qualified in Bronx County
Commission Expires 6 / 01 / 20 11

372738.1

CHEIKH SIDY MOHAMED TAMBADOU and OURY CISSE, Individually and as Co-Liquidators of the Estate of SOULEYMANE TAMBADOU, deceased, 12435 Av de Saint-Castin Montreal, Quebec H3M 2L9 Canada,
v. Greyhound Lines, Inc.,
1:07-CV-09299-LEK-DRH   -   Our File No. 818.34464

## CERTIFICATE OF SERVICE

This is to certify that a copy of the foregoing **APPEARANCE** was served via first class mail, postage prepaid, this 21st day of November, 2007, to:

**VALAD and VECCHIONE PLLC**
**Attorneys for Plaintiff**
**3863 Plaza Drive**
**Fairfax, VA 22030**
**(703) 352-4800**

**THE LIETZ LAW FIRM, PLLC**
**Attorneys for Plaintiff**
**888 16th Street North West**
**Suite 800**
**Washington, DC 20006**
**(202) 349-9867**

_____
Kevin B. Pollak  (KBP 6098)

Sworn to before me this
21st day of November, 2007.

_____
NOTARY PUBLIC

APRIL D SMITH LITTLE
Notary Public, State of New York
No. 01SM6085371
Qualified in Bronx County
Commission Expires 6 / 01 / 20_11_

372738.1

------------------------------------------------------------------X

| | |
|---|---|
| CHEIKH SIDY MOHAMED TAMBADOU and OURY CISSE, Individually and as Co-Liquidators of the Estate of SOULEYMANE TAMBADOU, deceased, 12435 Av de Saint-Castin Montreal, Quebec H3M 2L9 Canada, | Civil Action No. 1:07-CV-09299 (PKL) |

Plaintiffs,

-v-

GREYHOUND LINES, INC. and LAIDLAW
INTERNATIONAL, INC.,

Defendants.

------------------------------------------------------------------X

## APPEARANCE

**FABIANI COHEN & HALL, LLP**
Attorneys for Defendants
GREYHOUND LINES, INC.
and LAIDLAW INTERNATIONAL, INC.
570 Lexington Avenue-4th Floor
New York, New York 10022
(212) 644-4420

To: Attorney(s) for:
Sir(s):

    PLEASE TAKE NOTICE that a            of which the within is a (true) (certified) copy

    [ ]NOTICE OF ENTRY *was duly entered in the within named court on*
2007

    [ ]NOTICE OF SETTLEMENT *will be presented for settlement to the Hon.*
    *one of the judges of the within named court at the Courthouse at* on , 2007 at
o'clock

Dated:

Yours, etc.,
FABIANI COHEN & HALL, LLP
570 Lexington Avenue, 4th Floor
New York, New York 10022
(212) 644-4420

To:

Attorney(s) for: