LEISURE, S.

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/29/07
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CHEIKH SIDY MOHAMED TAMBADOU and OURY CISSE, Individually and as Co-Liquidators of the Estate of SOULEYMANE TAMBADOU, deceased, 12435 Av de Saint-Castin Montreal, Quebec H3M 2L9 Canada,

    Plaintiffs,

-against-

GREYHOUND LINES, INC. and LAIDLAW INTERNATIONAL, INC.,

    Defendants.

STIPULATION OF DISCONTINUANCE

Civil Action No.
07 CIV 9299 (PKL)

IT IS HEREBY STIPULATED AND AGREED, by and between the attorneys for the parties in the above entitled action that, whereas no party is an infant or a person for whom a committee or guardian has been appointed, the above entitled action is hereby discontinued without prejudice as against defendant Laidlaw International, Inc. only.

FABIANI COHEN & HALL, LLP

/s/ K. B. Pollak
Kevin B. Pollak, Esquire (KBP 5096)
Attorneys for Defendants
GREYHOUND LINES, INC. and
LAIDLAW INTERNATIONAL, INC.
570 Lexington Avenue, 4th Floor
New York, New York 10022
(212) 644-4420

THE LIETZ LAW FIRM, PLLC

/s/ David K Lietz
David Kevin Lietz, Esquire
DC Bar No. 430557
Admitted Pro Hac Vice
Attorneys for Plaintiffs
CHEIKH SIDY MOHAMED
TAMBADOU and OURY CISSE,
Individually and as Co-Liquidators of the
Estate of SOULEYMANE TAMBADOU
888 16th Street North West
Washington, DC 20006
(202) 349-9869

Dated: New York, New York
November 28, 2007

SO ORDERED  11/29/07

/s/ Peter K. Leisure
USDJ

372976.1