UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
TERESITA SANTIAGO, RAMON LORENZO and TERESITA
SANTIAGO, as the Mother and Natural Guardian of KAREN
SANTIAGO DIAZ and HENRY LORENZO, infants,

                  Plaintiffs,

           v.

GREYHOUND LINES, INC., and THE GOODYEAR RUBBER
and TIRE COMPANY,

                  Defendant.
------------------------------------------------------------------X
GREYHOUND LINES, INC.,

                Goodyear,

           v.

MOTOR COACH INDUSTRIES, INC.,

              Third-Party Defendant.
------------------------------------------------------------------X
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
MARIA MERCEDES ROSARIO BRETON, FABIAN GARCIA and
PAOLA GARCIA,

                  Plaintiffs,

           v.

GREYHOUND LINES, INC., and THE GOODYEAR RUBBER
and TIRE COMPANY,

                  Defendant.
------------------------------------------------------------------X
GREYHOUND LINES, INC.,

                Goodyear,

           v.

MOTOR COACH INDUSTRIES, INC.,

              Third-Party Defendant.
------------------------------------------------------------------X

ELECTRONICALLY FILED

06 CIV. 7108 (PKL)

**NOTICE OF MOTION
FOR ADMISSION
PRO HAC VICE**

06 CIV. 7110 (PKL)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------------X
ZIBO WANG,

                                        Plaintiff,

                    v.                                              06 CIV. 11382 (PKL)

GREYHOUND LINES, INC., and THE GOODYEAR RUBBER
and TIRE COMPANY,

                                        Defendant.
--------------------------------------------------------------------X
GREYHOUND LINES, INC.,

                                        Goodyear,

                    v.

MOTOR COACH INDUSTRIES, INC.,

                                        Third-Party Defendant.
--------------------------------------------------------------------X
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------------X
KIRSTEN ANDERSON,

                                        Plaintiff,
                    v.

GREYHOUND LINES, INC., and THE GOODYEAR
RUBBER and TIRE COMPANY,

                                        Defendant.      06 CIV. 13371 (PKL)
--------------------------------------------------------------------X
GREYHOUND LINES, INC.,

                                        Goodyear,

                    v.

MOTOR COACH INDUSTRIES, INC.,

                                        Third-Party Defendant.
--------------------------------------------------------------------X

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X

LAURE BOUDET,

                                    Plaintiff,

                    v.

GREYHOUND LINES, INC., and THE GOODYEAR RUBBER          07 CIV. 3098 (PKL)
and TIRE COMPANY,

                                    Defendants.
-----------------------------------------------------------------------X
GREYHOUND LINES, INC.,

                                    Goodyear,

                    v.

MOTOR COACH INDUSTRIES, INC.,

                                    Third-Party Defendant.
-----------------------------------------------------------------------X

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
BETTY DORCE EXUME, as ADMINISTRATRIX OF THE
ESTATE OF ANTONIDE DORCE, deceased, and BETTY DORCE
EXUME, individually, JACQUELIN BERTRAND and MARIE
LILIANE MILARD,

                                    Plaintiffs,

                    v.

GREYHOUND LINES, INC., and THE GOODYEAR RUBBER
and TIRE COMPANY,                                       07 CIV. 3289 (PKL)

                                    Defendant.
-----------------------------------------------------------------------X
GREYHOUND LINES, INC.,

                                    Goodyear,

                    v.

MOTOR COACH INDUSTRIES, INC.,

                                    Third-Party Defendant.
-----------------------------------------------------------------------X

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
CHRISTIAN YOPA and ABI-SARA MACHOLD,

                              Plaintiff,

                    v.

GREYHOUND LINES, INC., and THE GOODYEAR RUBBER and          07 CIV. 6889 (PKL)
TIRE COMPANY,

                              Defendants.
-----------------------------------------------------------------------X
GREYHOUND LINES, INC.,

                              Goodyear,

                    v.

MOTOR COACH INDUSTRIES, INC.,

                              Third-Party Defendant.
-----------------------------------------------------------------------X
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
SHERRY ANN GEORGE, SHERRY ANN GEORGE, as Mother and
Natural Guardian of VOSHONA GEORGE, Infant, and SHERRY ANN      07 CIV 8364 (PKL)
GEORGE and ALLISON IDOHOU, as Co-Administrators of the
ESTATE OF DOREEN GEORGE, Deceased,

                              Plaintiffs,

                    v.

GREYHOUND LINES, INC., and THE GOODYEAR RUBBER and
TIRE COMPANY,

                              Defendants.
-----------------------------------------------------------------------X
GREYHOUND LINES, INC.,

                              Goodyear,

                    v.

MOTOR COACH INDUSTRIES, INC.,

                              Third-Party Defendant.
-----------------------------------------------------------------------X

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
CHEIKH SIDY MOHAMED TAMBADOU and OURY
CISSE, Individually and as Co-Liquidators of the Estate of
SOULEYMANE TAMBADOU, deceased,

                                        Plaintiffs,

                v.                                                      07 CIV 9299 (PKL)

GREYHOUND LINES, INC., and THE GOODYEAR
RUBBER and TIRE COMPANY,

                                        Defendants.
------------------------------------------------------------------------X
GREYHOUND LINES, INC.,

                                        Goodyear,

                v.

MOTOR COACH INDUSTRIES, INC.,

                                        Third-Party Defendant.
------------------------------------------------------------------------X

        PLEASE TAKE NOTICE that upon the annexed affidavits of Mark Enright and Richard C.

Gering in support of this motion and the Certificates of Good Standing annexed thereto, we will move

this Court before the Honorable Peter K. Leisure at the United States Courthouse for the Southern District

of New York, 500 Pearl Street, New York, New York, pursuant to Rule 1.3(c) of the Local Rules of the

United States District Courts for the Southern and Eastern Districts of New York for an Order allowing

the admission of Mark Enright and Richard C. Gering, members of the firm of Arnstein & Lehr  LLP and

members in good standing of the Bar of the State of Illinois, as attorneys pro hac vice to argue or try this

case in whole or in part as counsel.  There are no disciplinary proceedings against Mark Enright or

Richard C. Gering in any State or Federal court.

        The email addresses of Messrs. Enright and Gering are as follows: meenright@arnstein.com and

rcgering@arnstein.com.

Dated:  New York, New York
        May 2, 2008

                                        Novack Burnbaum Crystal LLP

                                        By: _____
                                           Howard C. Crystal (HC1666)
                                        300 East 42nd Street
                                        New York, New York 10017
                                        hcrystal@nbclaw.com
                                        (212) 682-4002

                                        Attorneys for Third Party Defendant
                                        Motor Coach Industries, Inc.

To:

FABIANI COHEN & HALL, LLP
570 Lexington Avenue, 4th Floor
New York, New York 10022
(212) 644-4420

HERRICK, FEINSTEIN, LLP
2 Park Avenue
New York, New York 10016
(212) 592-1400

TAUB & MARDER
450 Seventh Avenue, 37th Street
New York, New York 10123
(212) 967-1122

RICH & RICH, P.C.
30 Vesey Street
New York, New York 10007
(212) 406-0440

KREINDLER & KREINDLER
100 Park Avenue, 18th Floor
New York, New York 10017
(212) 697-8181

GOLDBERG SEGALLA. LLP
5789 Widewaters Parkway
Syracuse, New York13214
(315) 413-5400

RUBENSTEIN & RYNECKI, ESQS.
16 Court Street, Suite 1717
Brooklyn, New York 11214
(718) 522-1020

NORMAN LISS, ATTORNEYS-AT-LAW, P.C.
200 West 57th Street
New York, New York 10019
(212) 586-6165

VALAD and VECCHIONE PLLC
3863 Plaza Drive
Fairfax, VA 22030

THE LIETZ LAW FIRMS, PLLC
888 16th Street North West
Suite 800
Washington, DC 20006

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
TERESITA SANTIAGO et al.,

                          Plaintiffs,

v.

GREYHOUND LINES, INC., et al.,

                        Defendants;

and consolidated cases.
-----------------------------------------------------------------------X

**AFFIDAVIT OF**
**RICHARD C. GERING**
**IN SUPPORT OF MOTION**
**TO ADMIT COUNSEL**
**PRO HAC VICE**

Case No.
06 CIV 7108 (PKL)
consolidated

| State of Illinois | ) | |
|---|---|---|
| | ) | ss: |
| County of Cook | ) | |

      Richard C. Gering, being duly sworn, hereby deposes and says as follows:

1.     I am an attorney in the law firm of Arnstein & Lehr LLP.

2.     I submit this affidavit in support of my motion for admission to practice pro hac vice in the above-captioned consolidated matters.

3.     As shown in the Certificate of Good Standing annexed hereto, I am a member in good standing of the Bar of the State of Illinois.

4.     There are no pending disciplinary proceedings against me in any State or Federal Court.

5.    Wherefore, your affiant respectfully submits that he be permitted to appear as counsel and advocate pro hac vice in this one case.

Richard C. Gering
Arnstein & Lehr LLP
Suite 1200
120 South Riverside Plaza
Chicago, IL 60606
rcgering@arnstein.com
(312) 876-7100

Dated:    April 30, 2008

Sworn to and subscribed before me
this 30 day of April, 2008.

NOTARY PUBLIC, State of Illinois

OFFICIAL SEAL
COLLEN CHINLUND
Notary Public - State of Illinois
My Commission Expires Aug 16, 2010

8084249_1

- 2 -



**ATTORNEY REGISTRATION AND DISCIPLINARY COMMISSION**
of the
**SUPREME COURT OF ILLINOIS**

One Prudential Plaza
130 East Randolph Drive, Suite 1500
Chicago, IL 60601-6219
(312) 565-2600   (800) 826-8625
Fax (312) 565-2320

One North Old Capitol Plaza, Suite 333
Springfield, IL 62701
(217) 522-6838   (800) 252-8048
Fax (217) 522-2417

Richard Charles Gering
Arnstein & Lehr LLP
120 S. Riverside Plaza, Suite 1200
Chicago, IL 60606-3910

Chicago
Thursday, April 24, 2008

In re: Richard Charles Gering
Admitted: 10/29/1977
Attorney No. 0939722

To Whom It May Concern:

The records of the Clerk of the Supreme Court of Illinois and of this office indicate that the attorney named above was admitted to the practice of law in Illinois; is currently registered on the master roll of attorneys entitled to practice law in this state; and has never been disciplined; and is in good standing.

Very truly yours,
Jerome Larkin
Administrator

By: _____
Thomas W. Peters
Registrar

TWP:ao

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
TERESITA SANTIAGO et al.,

                      Plaintiffs,

v.

GREYHOUND LINES, INC., et al.,

                      Defendants;

and consolidated cases.
-------------------------------------------------------------------X

**AFFIDAVIT OF**
**MARK E. ENRIGHT**
**IN SUPPORT OF MOTION**
**TO ADMIT COUNSEL**
**PRO HAC VICE**

Case No.
06 CIV 7108 (PKL)
consolidated

| | | |
|---|---|---|
| State of Illinois | ) | |
| | ) ss: | |
| County of Cook | ) | |

Mark E. Enright, being duly sworn, hereby deposes and says as follows:

1.     I am an attorney in the law firm of Arnstein & Lehr LLP.

2.     I submit this affidavit in support of my motion for admission to practice <u>pro hac vice</u> in the above-captioned consolidated matters.

3.     As shown in the Certificate of Good Standing annexed hereto, I am a member in good standing of the Bar of the State of Illinois.

4.     There are no pending disciplinary proceedings against me in any State or Federal Court.

5.    Wherefore, your affiant respectfully submits that he be permitted to appear

as counsel and advocate pro hac vice in this one case.

Mark E. Enright
Arnstein & Lehr LLP
Suite 1200
120 South Riverside Plaza
Chicago, IL 60606
meenright@arnstein.com
(312) 876-7100

Dated:        April _30_, 2008

Sworn to and subscribed before me
this _30__ day of April, 2008.

NOTARY PUBLIC, State of Illinois

OFFICIAL SEAL
NORMA J REAMS-BELL
Notary Public - State of Illinois
My Commission Expires Dec 5, 2010

8084249_2

- 2 -



## ATTORNEY REGISTRATION AND DISCIPLINARY COMMISSION
### of the
### SUPREME COURT OF ILLINOIS

One Prudential Plaza
130 East Randolph Drive, Suite 1500
Chicago, IL 60601-6219
(312) 565-2600  (800) 826-8625
Fax (312) 565-2320

One North Old Capitol Plaza, Suite 333
Springfield, IL 62701
(217) 522-6838  (800) 252-8048
Fax (217) 522-2417

Mark E. Enright
Arnstein & Lehr LLP
120 S. Riverside Plaza–Suite 1200
Chicago, IL 60606

Chicago
Wednesday, April 23, 2008

Re:  Mark Edward Enright
     Attorney No. 6185357

To Whom It May Concern:

We have received a request for written verification of the status of Mark Edward Enright for use by officials responsible for the review of the attorney's application for admission to the bar of another jurisdiction, or for a judicial position or for government employment. We have also received a Waiver and Authorization signed by the attorney. Pursuant to Commission policy, the following information is provided.

The records of the Clerk of the Supreme Court of Illinois and of this office reflect that Mark Edward Enright was admitted to practice law in Illinois on 11/9/1983; is currently registered with this Commission and in good standing as an Illinois attorney; has never been disciplined or the subject of a disciplinary proceeding in this state; and is not the subject of any pending disciplinary investigations.

Very truly yours,
Jerome Larkin
Administrator

By: _____
Darryl R. Evans
Deputy Registrar

DRE

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
TERESITA    SANTIAGO,    RAMON    LORENZO    and
TERESITA SANTIAGO, as the Mother and Natural Guardian                    ELECTRONICALLY FILED
of KAREN SANTIAGO DIAZ and HENRY LORENZO,
infants,

                           Plaintiffs,

                 v.                                      06 CIV. 7108 (PKL)

GREYHOUND    LINES,   INC.,   and   THE   GOODYEAR
RUBBER       and TIRE COMPANY,

                         Defendant.                   **ORDER FOR ADMISSION**
-----------------------------------------------------------------------X    **PRO HAC VICE**
GREYHOUND LINES, INC.,

                       Goodyear,

                 v.

MOTOR COACH INDUSTRIES, INC.,

                      Third-Party Defendant.
-----------------------------------------------------------------------X

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
MARIA MERCEDES ROSARIO BRETON, FABIAN
GARCIA and PAOLA GARCIA,

                              Plaintiffs,

          v.                                          06 CIV. 7110 (PKL)

GREYHOUND LINES, INC., and THE GOODYEAR
RUBBER and TIRE COMPANY,

                              Defendant.
------------------------------------------------------------------------X
GREYHOUND LINES, INC.,

                              Goodyear,

          v.

MOTOR COACH INDUSTRIES, INC.,

                              Third-Party
Defendant.
------------------------------------------------------------------------X

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
ZIBO WANG,

                                Plaintiff,

            v.
                                                    06 CIV. 11382 (PKL)

GREYHOUND LINES, INC., and THE GOODYEAR
RUBBER and TIRE COMPANY,

                                Defendant.
------------------------------------------------------------------------X
GREYHOUND LINES, INC.,

                                Goodyear,

            v.

MOTOR COACH INDUSTRIES, INC.,

                                Third-Party
Defendant.
------------------------------------------------------------------------X
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
KIRSTEN ANDERSON,

                                Plaintiff,
            v.

GREYHOUND LINES, INC., and THE GOODYEAR
RUBBER and TIRE COMPANY,

                                Defendant.        06 CIV. 13371 (PKL)
------------------------------------------------------------------------X
GREYHOUND LINES, INC.,

                                Goodyear,

            v.

MOTOR COACH INDUSTRIES, INC.,

                                Third-Party Defendant.
------------------------------------------------------------------------X

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
LAURE BOUDET,

                              Plaintiff,

              v.

GREYHOUND   LINES,   INC.,   and   THE   GOODYEAR          07 CIV. 3098 (PKL)
RUBBER and TIRE COMPANY,

                              Defendants.
------------------------------------------------------------------------X
GREYHOUND LINES, INC.,

                        Goodyear,

              v.

MOTOR COACH INDUSTRIES, INC.,

                              Third-Party
Defendant.
------------------------------------------------------------------------X

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
BETTY DORCE EXUME, as ADMINISTRATRIX OF THE
ESTATE OF ANTONIDE DORCE, deceased, and BETTY
DORCE EXUME, individually, JACQUELIN BERTRAND
and MARIE LILIANE MILARD,

                              Plaintiffs,

              v.

GREYHOUND   LINES,   INC.,   and   THE   GOODYEAR          07 CIV. 3289 (PKL)
RUBBER and TIRE COMPANY,

                              Defendant.
------------------------------------------------------------------------X
GREYHOUND LINES, INC.,

                        Goodyear,

              v.

MOTOR COACH INDUSTRIES, INC.,

                              Third-Party
Defendant.
------------------------------------------------------------------------X

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
CHRISTIAN YOPA and ABI-SARA MACHOLD,

                         Plaintiff,

        v.

GREYHOUND LINES, INC., and THE GOODYEAR RUBBER     07 CIV. 6889 (PKL)
and TIRE COMPANY,

                         Defendants.
------------------------------------------------------------------------X
GREYHOUND LINES, INC.,

                     Goodyear,

        v.

MOTOR COACH INDUSTRIES, INC.,

                    Third-Party Defendant.
------------------------------------------------------------------------X
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
SHERRY ANN GEORGE, SHERRY ANN GEORGE, as Mother
and Natural Guardian of VOSHONA GEORGE, Infant, and     07 CIV 8364 (PKL)
SHERRY ANN GEORGE and ALLISON IDOHOU, as Co-
Administrators of the ESTATE OF DOREEN GEORGE,
Deceased,

                       Plaintiffs,

        v.

GREYHOUND LINES, INC., and THE GOODYEAR RUBBER
and TIRE COMPANY,

                      Defendants.
------------------------------------------------------------------------X
GREYHOUND LINES, INC.,

                     Goodyear,

        v.

MOTOR COACH INDUSTRIES, INC.,

                    Third-Party Defendant.
------------------------------------------------------------------------X

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------------------X
CHEIKH SIDY MOHAMED TAMBADOU and OURY
CISSE, Individually and as Co-Liquidators of the Estate of
SOULEYMANE TAMBADOU, deceased,

                                        Plaintiffs,

                    v.                                              07 CIV 9299 (PKL)

GREYHOUND LINES, INC., and THE GOODYEAR
RUBBER and TIRE COMPANY,

                                        Defendants.
----------------------------------------------------------------------------X
GREYHOUND LINES, INC.,

                                        Goodyear,

                    v.

MOTOR COACH INDUSTRIES, INC.,

                                        Third-Party Defendant.
----------------------------------------------------------------------------X

The motion for admission to practice pro hac vice in the above captioned matter is granted.  The
admitted attorneys Mark Enright and Richard C. Gering are permitted to argue or try these
particular cases in whole or in part as counsel or advocate.

An attorney admitted to practice pro hac vice  is required to pay a $25.00 attorney admission fee
and present  this Order to the intake deputy clerk in the Clerk's Office.  When paying by mail,
return a copy of this Order to the Clerk's Office with the required fee.

This Order confirms your appearance as counsel in this case and it will be entered on the Court's
docket.  A notation of your admission pro hac vice for the above listed case will be made on the
roll of attorneys.

The attorney admitted pro  hac vice must serve a copy of this Order on all other counsel in this case.

Dated:

_____
United States District Judge

## CERTIFICATE OF SERVICE

I hereby certify that a copy of an Order For Admission Pro Hac Vice was served via first class mail, postage prepaid, this 19th day of May, 2008, upon:


FABIANI COHEN & HALL, LLP
570 Lexington Avenue, 4th Floor
New York, New York 10022
(212) 644-4420

HERRICK, FEINSTEIN, LLP
2 Park Avenue
New York, New York 10016
(212) 592-1400

TAUB & MARDER
450 Seventh Avenue, 37th Street
New York, New York 10123
(212) 967-1122

RICH & RICH, P.C.
30 Vesey Street
New York, New York 10007
(212) 406-0440

KREINDLER & KREINDLER
100 Park Avenue, 18th Floor
New York, New York 10017
(212) 697-8181

GOLDBERG SEGALLA. LLP
5789 Widewaters Parkway
Syracuse, New York 13214
(315) 413-5400

RUBENSTEIN & RYNECKI, ESQS.
16 Court Street, Suite 1717
Brooklyn, New York 11214
(718) 522-1020

NORMAN LISS, ATTORNEYS-AT-LAW, P.C.
200 West 57th Street
New York, New York 10019
(212) 586-6165

VALAD and VECCHIONE PLLC
3863 Plaza Drive
Fairfax, VA 22030

THE LIETZ LAW FIRMS, PLLC
888 16th Street North West
Suite 800
Washington, DC 20006

_____
Howard C. Crystal

## CERTIFICATE OF SERVICE

I hereby certify that a copy of a Notice of Motion for Admission Pro Hac Vice was served via first class mail, postage prepaid, this 19th day of May, 2008, upon:


FABIANI COHEN & HALL, LLP
570 Lexington Avenue, 4th Floor
New York, New York 10022
(212) 644-4420

HERRICK, FEINSTEIN, LLP
2 Park Avenue
New York, New York 10016
(212) 592-1400

TAUB & MARDER
450 Seventh Avenue, 37th Street
New York, New York 10123
(212) 967-1122

RICH & RICH, P.C.
30 Vesey Street
New York, New York 10007
(212) 406-0440

KREINDLER & KREINDLER
100 Park Avenue, 18th Floor
New York, New York 10017
(212) 697-8181

GOLDBERG SEGALLA. LLP
5789 Widewaters Parkway
Syracuse, New York13214
(315) 413-5400

RUBENSTEIN & RYNECKI, ESQS.
16 Court Street, Suite 1717
Brooklyn, New York 11214
(718) 522-1020

NORMAN LISS, ATTORNEYS-AT-LAW, P.C.
200 West 57th Street
New York, New York 10019
(212) 586-6165

VALAD and VECCHIONE PLLC
3863 Plaza Drive
Fairfax, VA 22030

THE LIETZ LAW FIRMS, PLLC
888 16th Street North West
Suite 800
Washington, DC 20006

Howard C. Crystal

R 26

# AMERICAN CLERICAL SERVICE
*a division of Empire Lawyers Service, LLC*

116 John Street, New York, NY 10038

**Tel: (212) 233-4040   Fax: (212) 732-4327**

email: mail@americanclerical.com

*"going to court for busy lawyers since 1940"*

**NOVACK BURNBAUM & CRYSTAL**

300 EAST 42ND STREET  10TH FLOOR

| | | |
|---|---|---|
| NEW YORK | NY | 10017 |

Tel:  (212) 682-4002      Fax:      (212) 986-2907

Acct# N10100

---

**Report for Thursday, May 22, 2008**

---

## US District Court/SDNY

TERESITA SANTIAGO / GREYHOUND LINES, INC. (INDEX#007108/2006CV) (YOUR FILE NO. 2043-29) ATTY: H. CRYSTAL

NOTICE OF MOTION FOR ADMISSION PRO HAC VICE: THIS REPORT WAS GENERATED BY THE REJECTION PAPERS DEPARTMENT. PAPERS COULD NOT BE CORRECTED OR CUSTOMER ASKED FOR THEIR RETURN, FOR INQUIRIES CONTACT DENISE THOMAS EXT. 112. THESE PAPERS HAVE BEEN REJECTED BY THE COURT FOR THE FOLLOWING REASON(S):  YOU ARE REQUIRED TO SUBMIT THE ORIGINAL, RATHER THAN A COPY, PAPERS & CHECK HEREWITH.

*********************************************************************************
***
SUPREME QUEENS - Judge Butler Long Island City - Judge Butler in Part 36 does not accept papers from Service.
*********************************************************************************
***
CIVIL BRONX MOTIONS - As of February 29, 2008, you will only be allowed one adjournment per motion. If your motion has been already adjourned one time before then the court is no longer going to adjourn it for a second time "You the attorney of record" must be present for any time thereafter. There will be NO second adjournments even if you submit a stipulation to adjourn afterwards.
*********************************************************************************
***
ANOTHER CHANGE - Civil Bronx Motions - Beginning March 24, 2008, motions for Parts 40 or 41 will be returnable in room 528 at 2PM.  Motions for Parts 30, 32, 34, 35, and 44 will be returnable in Room 503 at 9:30 AM.
*********************************************************************************
***
SUPREME BRONX LEGAL BACKS - Effective in March 2008, Supreme Bronx is requiring all legal backs to be on white paper. They will no longer be accepting colored legal backs.
*********************************************************************************
***

---